# EXHIBIT A

## NOTICE OF CONSENT

I, Fermin Fuentes, hereby consent to become a party plaintiff in the proceeding in which this consent is filed which is brought under the Fair Labor Standards Act to recover overtime wages from my current or former employer.

Respectfully Submitted,

Fermin Fuentes

*ferminfuentes*
ferminfuentes (Feb 1, 2019)
Signature