# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

**FERMIN FUENTES, Individually and On Behalf of All Others Similarly Situated,**

          **Plaintiff,**

vs.                             No. 2:19-cv-00103 GJF/KRS

**LA ESPERANZA MEAT MARKET, INC.; LA ESPERANZA MEAT MARKET-TIHARA, INC.; GUILLERMO OROZCO,**

          **Defendants.**

## ORDER ALLOWING DEFENDANTS AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT UP TO AND INCLUDING MARCH 25, 2019

THIS MATTER coming before the Court upon the unopposed motion of Defendants La Esperanza Meat Market, Inc., La Esperanza Meat Market-Tihara, Inc. and Guillermo Orozco, hereinafter collectively referred to as "Defendants" for an Extension of Time to Answer or otherwise respond to the Plaintiff's Original Complaint and the Court after reviewing the Motion finds that it should be granted.

It is therefore ordered that Defendants shall have up to and including March 25, 2019 in which to answer or otherwise respond to Plaintiff's Original Complaint.

                                               _____
                                               UNITED STATES MAGISTRATE JUDGE