IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

FERMIN FUENTES, Individually and
On Behalf of All Others Similarly
Situated,

        Plaintiff,

v.                                No. 2:19-cv-00103-SWS-MLC

LA ESPERANZA MEAT MARKET,
INC., LA ESPERANZA MEAT
MARKET-TIHARA, INC.,
GUILLERMO OROZCO

        Defendants.

## ORDER GRANTING JOINT MOTION FOR AN ORDER EXTENDING TIME IN WHICH TO FILE CLOSING DOCUMENTS

THIS MATTER coming before the Court on the Joint Motion for Order Extending Time in Which File to File Closing Documents and the Court, after reviewing the Motion, finds that it is well taken and should be, and it is hereby GRANTED.

It is therefore ORDERED that the Parties shall have up to and including July 22, 2020 in which to file the closing documents in this matter.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

APPROVED:

MORELAND VERRETT, P.C.

*/s/ Edmond S. Moreland, Jr.*
Edmond S. Moreland, Jr.
700 West Summit Drive
Wimberley, Texas 78676

and

Daniel A. Verrett
The Commissioners House at Heritage Square
2901 Bee Cave Road, Box L
Austin, Texas 78746
*Attorneys for Plaintiff*


TINNIN LAW FIRM
a professional corporation

*/s/ Stanley K. Kotovsky, Jr.*
Stanley K. Kotovsky, Jr.
P. O. Box 25207
Albuquerque, New Mexico 87125
*Attorneys for Defendants*