IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

FERMIN FUENTES, Individually and
On Behalf of All Others Similarly
Situated,

        Plaintiff,

v.                                                No. 2:19-cv-00103-SWS-MLC

LA ESPERANZA MEAT MARKET,
INC., LA ESPERANZA MEAT
MARKET-TIHARA, INC.,
GUILLERMO OROZCO

        Defendants.

## ORDER OF DISMSSAL

THIS MATTER coming before the Court on the Joint Motion to Dismiss. For good cause shown, and as more fully explained below, the Motion is GRANTED.

The Court finds that a) the settlement between the parties is the compromise of bona fide disputes under the FLSA, is the result of adversarial negotiations by the parties, and there is no indication or suggestion that the settlement was the consequence of undue influence or poor/nonexistent legal advice, b) all claims asserted in the lawsuit between the Plaintiffs Fermin Fuentes, Alba C. Ayala, Alma I. Flores, Laura Garcia, Theresa Garcia Lopez, Martha Hernandez, Andy A. Martinez, Luz I. Mata, Paula Juarez Moreno, Rosa Ruiz, Myrna Soria, Jessenia P. Sanchez, Susana M. Tena, Luis A. Torres Lara, Bertha L. Zavala and Yenis M. Lopez and Defendants La Esperanza Meat Market, Inc., La Esperanza Meat Market-Tihara, Inc. and Guillermo Orozco have been resolved and c) the settlement agreement entered into between the parties is enforceable without the Court or United States Department of Labor approval.

The claims of the Plaintiffs Fermin Fuentes, Alba C. Ayala, Alma I. Flores, Laura Garcia,

Theresa Garcia Lopez, Martha Hernandez, Andy A. Martinez, Luz I. Mata, Paula Juarez Moreno, Rosa Ruiz, Myrna Soria, Jessenia P. Sanchez, Susana M. Tena, Luis A. Torres Lara, Bertha L. Zavala and Yenis M. Lopez are DISMISSED WITH PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

                                                */s/ Scott W. Skavdahl*
                                                UNITED STATES DISTRICT JUDGE

APPROVED:

MORELAND VERRETT, P.C.

*/s/ Edmond S. Moreland, Jr.*
Edmond S. Moreland, Jr.
700 West Summit Drive
Wimberley, Texas 78676

and

Daniel A. Verrett
The Commissioners House at Heritage Square
2901 Bee Cave Road, Box L
Austin, Texas 78746
*Attorneys for Plaintiff*

TINNIN LAW FIRM
a professional corporation

*/s/ Stanley K. Kotovsky, Jr.*
Stanley K. Kotovsky, Jr.
P. O. Box 25207
Albuquerque, New Mexico  87125
*Attorneys for Defendants*